AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ADLER, JAN M. | 2. Court or Organization<br><br>US DISTRICT COURT, SDCA | 3. Date of Report<br><br>04/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>940 FRONT STREET, ROOM 2140<br>SAN DIEGO, CA 92101-8928 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER | EQUITY PARTNERS SPECIAL PURPOSE LLC |
| 2. | CO-TRUSTEE | TRUST #1 |
| 3. | 9TH CIRCUIT DIRECTOR | FEDERAL MAGISTRATE JUDGES ASSOCIATION |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | FEE INCOME FROM FORMER LAW FIRM TO BE COLLECTED FOR WORK PERFORMED BEFORE LEAVING THE FIRM, APPROXIMATELY $35,000 PER YEAR THROUGH 2025. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | EQUITY PARTNERS SPECIAL PURPOSE LLC- MEMBER INCOME | $34,118.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Nuskin; redeemed value of ADR points |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL MAGISTRATE JUDGES ASSOCIATION | 3/20/2017-3/22/2017 | WASHINGTON, D.C. | BOARD MEETINGS | TRANSPORATION, HOTEL AND FOOD |
| 2. | DUKE LAW PROGRAM BENCH-BAR EXPERIENCES W/ THE 2015 DISCOVERY PROPORTIONALITY AMENDMENT | 12/1/17-12/1/17 | SAN FRANCISCO CA | PROGRAM PARTICIPANT | TRANSPORTATION, HOTEL AND FOOD |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ADLER, JAN M.** | 04/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 | | | | | | | | | |
| 2. AMERIPRISE BROKERAGE ACCOUNT - CASH EQUIVALENTS | | None | | | Sold (part) | 02/07/17 | J | | ACCOUNT CLOSED |
| 3. | | | | | Sold (part) | 03/14/17 | K | | TRASNFERRED TO ONE ACCOUNT |
| 4. | | | | | Sold (part) | 05/15/17 | K | | |
| 5. | | | | | Sold (part) | 06/15/17 | K | | |
| 6. | | | | | Sold (part) | 07/20/17 | J | | |
| 7. | | | | | Sold | 10/06/17 | K | | |
| 8. - AMCAP CL A | B | Dividend | | | Sold | 11/29/17 | M | | |
| 9. - AMERICAN BALANCED CL A | B | Dividend | | | Sold (part) | 10/02/17 | K | D | |
| 10. | | | | | Sold | 11/29/17 | K | | |
| 11. - GROWTH FUND OF AMERICA CL A | | None | | | Sold (part) | 04/19/17 | K | D | |
| 12. | | | | | Sold | 06/09/17 | K | D | |
| 13. - NEW PERSPECTIVE CL A | | None | | | Sold | 11/29/17 | L | | TRANSFERRED TO ONE ACCOUNT |
| 14. - NEW WORLD CL A | | None | | | Sold (part) | 08/31/17 | K | D | |
| 15. | | | | | Sold | 11/29/17 | K | | |
| 16. - WASHINGTON MUTUAL INVESTORS CL A | A | Dividend | | | Sold (part) | 03/09/17 | K | D | |
| 17. | | | | | Sold | 04/19/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERIPRISE BROKERAGE ACCOUNT IRA #1 - MM - CASH EQUIVALENTS | | None | J | T | Sold (part) | 05/10/17 | J | | |
| 19. | | | | | Sold (part) | 05/24/17 | J | | |
| 20. - CNL LIFESTYLE PROPERTIES INC REIT N/K/A EPR PROPERTIES BEN INT | B | Dividend | | | Sold | 05/10/17 | J | | |
| 21. - HIGHLANDS REIT | | None | J | T | | | | | |
| 22. - INVESTRUST PROPERTIES | A | Dividend | K | T | | | | | |
| 23. AMERIPRISE BROKERAGE ACCOUNT IRA #2 - MM - CASH EQUIVALENTS | | None | J | T | | | | | |
| 24. - AMERICAN CAPITAL INCOME BUILDER - A | B | Dividend | K | T | | | | | |
| 25. - AMERICAN CAPITAL WORLD GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 26. AMERIPRISE ONE FINANCIAL ACCOUNT - MM - CASH EQUIVALENTS | | None | K | T | Buy (add'l) | 01/18/17 | J | | |
| 27. | | | | | Buy (add'l) | 02/07/17 | K | | |
| 28. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 29. | | | | | Buy (add'l) | 03/14/17 | K | | |
| 30. | | | | | Buy (add'l) | 04/13/17 | K | | |
| 31. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 32. | | | | | Buy (add'l) | 05/15/17 | K | | |
| 33. | | | | | Buy (add'l) | 06/09/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | | | | | Buy<br>(add'l) | 06/13/17 | J | | |
| 35. | | | | | Buy<br>(add'l) | 06/15/17 | K | | |
| 36. | | | | | Buy<br>(add'l) | 07/18/17 | J | | |
| 37. | | | | | Buy<br>(add'l) | 07/20/17 | K | | |
| 38. | | | | | Buy<br>(add'l) | 09/06/17 | K | | |
| 39. | | | | | Buy<br>(add'l) | 10/06/17 | L | | |
| 40. | | | | | Buy<br>(add'l) | 10/18/17 | J | | |
| 41. AMCAP CL A | C | Dividend | M | T | Buy | 11/29/17 | M | | |
| 42. AMERICAN FUNDS AMERICAN BALANCED CL A | B | Dividend | K | T | Buy | 11/29/17 | K | | |
| 43. NEW PERSPECTIVE CL A | C | Dividend | L | T | Buy | 11/29/17 | L | | |
| 44. NEW WORLD CL A | A | Dividend | K | T | Buy | 11/29/17 | K | | |
| 45. - CNL HEALTHCARE TR INC | B | Dividend | L | T | | | | | |
| 46. STRATEGIC PORTFOLIO SERVICE ADVANTAGE #1 - CASH EQUIVALENTS | | None | J | T | Sold<br>(part) | 02/07/17 | J | | |
| 47. | | | | | Sold<br>(part) | 03/09/17 | J | | |
| 48. | | | | | Buy<br>(add'l) | 03/14/17 | J | | |
| 49. | | | | | Sold<br>(part) | 04/13/17 | K | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Sold (part) | 06/09/17 | J | | |
| 51. | | | | | Sold (part) | 06/13/17 | J | | |
| 52. | | | | | Sold (part) | 07/20/17 | K | | |
| 53. | | | | | Sold (part) | 10/06/17 | K | | |
| 54. - BARON SMALL CAP FUND | D | Dividend | L | T | | | | | |
| 55. - COLUMBIA DIVIDEND OPPORTUNITY CL A | A | Dividend | | | Sold (part) | 06/09/17 | K | C | |
| 56. | | | | | Sold | 07/13/17 | K | D | |
| 57. - FRANKLIN MANAGED TR RISING DIVIDEND FUND CL A | B | Dividend | L | T | | | | | |
| 58. - GABELLI ASSET AAA N/K/A GABELLI ASSET CL SHR CLASS EX | D | Dividend | L | T | | | | | |
| 59. - CLEARBRIDGE MIDCAP CORE A | C | Dividend | L | T | | | | | |
| 60. - VIRTUS REAL ESTATE SECURITIES | C | Dividend | K | T | | | | | |
| 61. - iSHARES CORE US AGGREGATE BOND | B | Dividend | M | T | Buy | 07/13/17 | M | | |
| 62. | | | | | Sold (part) | 10/03/17 | K | A | |
| 63. - iSHARES TIPS | | None | | | Sold | 03/15/17 | K | | |
| 64. - iSHARES iBOXX INVESTMENT GRADE CORP BOND ETF | A | Dividend | | | Sold | 03/05/17 | L | | |
| 65. - iSHARES SHORT TERM BOND ETF | A | Dividend | | | Sold | 03/15/17 | K | | |
| 66. - iSHARES CALIFORNIA MUNI BOND ETF | A | Dividend | | | Sold | 03/15/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. - POWERSHARES EMERGING MARKETS SOVEREIGN DEBT ETF | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 68. | | | | | Sold (part) | 04/10/17 | J | | |
| 69. | | | | | Buy (add'l) | 07/13/17 | K | | |
| 70. | | | | | Sold (part) | 10/03/17 | J | | |
| 71. SPDR BLOOMBERG BARCLAYS SHORT TERM HIGHYIELD BOND ETF | A | Dividend | K | T | Buy | 04/10/17 | K | | |
| 72. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 73. | | | | | Sold (part) | 10/03/17 | J | | |
| 74. - VANECK VECTORS SHORT HIGH YIELD MUN INDEX ETF | A | Dividend | | | Buy (add'l) | 03/15/17 | K | | |
| 75. | | | | | Sold | 04/10/17 | K | | |
| 76. - VANGUARD TOTAL BOND MARKET ETF | B | Dividend | | | Buy | 03/15/17 | M | | |
| 77. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 78. | | | | | Sold | 07/13/17 | M | C | |
| 79. - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | K | T | Sold (part) | 03/15/17 | J | | |
| 80. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 81. | | | | | Buy (add'l) | 07/13/17 | J | | |
| 82. | | | | | Sold (part) | 10/03/17 | J | | |
| 83. - S&P 500 ETF TRUST (SPDR) UNIT SER 1 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84.    - VANGUARD TOTAL STOCK MARKET | A | Dividend | K | T | | | | | |
| 85.    AMERIPRISE ACTIVE PORTFOLIO IRA - CASH EQUIVALENTS | | None | J | T | Buy (add'l) | 05/10/17 | J | | |
| 86. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 87.    - EPR PROPERTIES BEN INT | | None | | | Buy | 05/10/17 | J | | |
| 88. | | | | | Sold | 05/11/17 | J | | |
| 89.    - iSHARES CORE S&P 500 ETF | C | Dividend | N | T | Buy (add'l) | 05/12/17 | J | | |
| 90. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 91. | | | | | Sold (part) | 10/12/17 | J | A | |
| 92. | | | | | Sold (part) | 11/13/17 | J | B | |
| 93. | | | | | Sold (part) | 12/05/17 | J | A | |
| 94. | | | | | Sold (part) | 12/18/17 | J | B | |
| 95.    - iSHARES CORE US AGGREGATE BOND ETF | B | Dividend | M | T | Buy (add'l) | 05/12/17 | J | | |
| 96. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 97. | | | | | Buy (add'l) | 10/12/17 | J | | |
| 98. | | | | | Buy (add'l) | 11/13/17 | K | | |
| 99. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 100.   - iSHARES 20+YR TREASURY BOND ETF | A | Dividend | | | Buy (add'l) | 08/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. | | | | | Sold | 11/13/17 | K | A | |
| 102.  - iSHARES US TELECOMMUNICATIONS ETF | A | Dividend | | | Sold (part) | 01/18/17 | J | A | |
| 103. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 104. | | | | | Sold (part) | 02/24/17 | J | | |
| 105. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 106. | | | | | Sold (part) | 03/21/17 | J | | |
| 107. | | | | | Sold (part) | 04/10/17 | J | | |
| 108. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 109. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 110. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 111. | | | | | Buy (add'l) | 06/28/17 | K | | |
| 112. | | | | | Sold (part) | 08/01/17 | J | | |
| 113. | | | | | Sold (part) | 08/11/17 | J | | |
| 114. | | | | | Sold (part) | 09/21/17 | J | | |
| 115. | | | | | Sold | 11/02/17 | K | | |
| 116.  - iSHARES TECHNOLOGY ETF | | None | | | Sold (part) | 01/18/17 | J | A | |
| 117. | | | | | Sold | 01/30/17 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. - SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | B | Dividend | K | T | Buy (add'l) | 05/12/17 | J | | |
| 119. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 120. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 121. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 122. - SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF | | None | K | T | Buy | 09/21/17 | K | | |
| 123. | | | | | Buy (add'l) | 09/26/17 | K | | |
| 124. | | | | | Sold (part) | 10/12/17 | J | | |
| 125. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 126. | | | | | Sold (part) | 11/20/17 | J | A | |
| 127. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 128. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 129. | | | | | Sold (part) | 12/08/17 | J | A | |
| 130. | | | | | Sold (part) | 12/20/17 | J | A | |
| 131. - SECTOR MATERIALS SELECT SECTOR SPDR ETF | A | Dividend | K | T | Buy | 04/10/17 | K | | |
| 132. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 133. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 134. | | | | | Sold | 06/12/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. | | | | | Buy | 08/01/17 | K | | |
| 136. | | | | | Sold (part) | 09/15/17 | K | A | |
| 137. | | | | | Sold | 09/21/17 | J | A | |
| 138. | | | | | Buy | 10/12/17 | K | | |
| 139. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 140. | | | | | Sold (part) | 11/20/17 | J | | |
| 141. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 142. | | | | | Sold (part) | 12/08/17 | J | A | |
| 143. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 144. | | | | | Sold (part) | 12/20/17 | J | A | |
| 145. - SECTOR HEALTHCARE SELECT SECTOR SPDR ETF | A | Dividend | K | T | Sold (part) | 01/18/17 | J | A | |
| 146. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 147. | | | | | Sold (part) | 02/24/17 | J | A | |
| 148. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 149. | | | | | Sold (part) | 03/21/17 | J | | |
| 150. | | | | | Sold (part) | 04/10/17 | J | A | |
| 151. | | | | | Buy (add'l) | 05/01/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 154. | | | | | Sold | 06/28/17 | L | D | |
| 155. | | | | | Buy | 12/08/17 | K | | |
| 156. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 157. | | | | | Sold (part) | 12/20/17 | J | | |
| 158. - SECTOR CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF | A | Dividend | | | Buy | 02/24/17 | K | | |
| 159. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 160. | | | | | Sold (part) | 03/21/17 | J | | |
| 161. | | | | | Sold (part) | 04/10/17 | J | A | |
| 162. | | | | | Sold | 05/01/17 | K | B | |
| 163. | | | | | Buy | 09/21/17 | K | | |
| 164. | | | | | Buy (add'l) | 09/26/17 | K | | |
| 165. | | | | | Sold (part) | 10/12/17 | J | A | |
| 166. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 167. | | | | | Sold (part) | 11/20/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | Sold | 12/05/17 | K | C | |
| 169. - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | A | Dividend | | | Buy | 01/18/17 | K | | |
| 170. | | | | | Buy (add'l) | 01/30/17 | K | | |
| 171. | | | | | Sold (part) | 02/24/17 | J | A | |
| 172. | | | | | Sold (part) | 03/02/17 | K | C | |
| 173. | | | | | Buy (add'l) | 03/21/17 | K | | |
| 174. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 175. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 176. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 177. | | | | | Buy (add'l) | 06/28/17 | K | | |
| 178. | | | | | Sold (part) | 08/01/17 | J | A | |
| 179. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 180. | | | | | Sold (part) | 09/21/17 | K | A | |
| 181. | | | | | Sold (part) | 09/26/17 | L | C | |
| 182. | | | | | Sold (part) | 09/29/17 | J | A | |
| 183. | | | | | Buy (add'l) | 11/20/17 | K | | |
| 184. | | | | | Buy (add'l) | 12/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. | | | | | Sold (part) | 12/08/17 | J | | |
| 186. | | | | | Sold | 12/13/17 | K | C | |
| 187. - SELECT SECTOR TR REAL ESTATE SPDR ETF | A | Dividend | K | T | Sold (part) | 01/18/17 | J | | |
| 188. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 189. | | | | | Sold (part) | 02/24/17 | J | A | |
| 190. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 191. | | | | | Sold (part) | 03/21/17 | J | | |
| 192. | | | | | Sold (part) | 04/10/17 | J | A | |
| 193. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 194. | | | | | Buy (add'l) | 05/12/17 | J | | |
| 195. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 196. | | | | | Buy (add'l) | 06/28/17 | K | | |
| 197. | | | | | Sold (part) | 08/01/17 | J | A | |
| 198. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 199. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 200. | | | | | Sold (part) | 09/21/17 | K | | |
| 201. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | | | | | Sold (part) | 10/12/17 | J | A | |
| 203. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 204. | | | | | Sold (part) | 11/20/17 | J | A | |
| 205. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 206. | | | | | Sold (part) | 12/08/17 | J | A | |
| 207. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 208. | | | | | Sold (part) | 12/20/17 | J | | |
| 209. - SELECT UTILITIES SELECT SECTOR SPDR ETF | | None | K | T | Buy | 12/20/17 | K | | |
| 210. AMERPRISE STRATEGIC PORTFOLIO SERVICE ADVISOR IRA #1 - CASH EQUIVALENT | | None | J | T | | | | | |
| 211. - ABBVIE INC | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 212. | | | | | Sold (part) | 04/03/17 | J | | |
| 213. | | | | | Sold (part) | 07/03/17 | J | A | |
| 214. | | | | | Sold | 08/10/17 | J | A | |
| 215. - ALTRIA GROUP INC | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 216. | | | | | Sold (part) | 04/03/17 | J | A | |
| 217. | | | | | Sold (part) | 07/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 218. | | | | | Sold | 08/10/17 | J | | |
| 219. - ALPHABET INC CL A | | None | J | T | Buy | 08/10/17 | J | | |
| 220. - AMGEN INC | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 221. | | | | | Sold (part) | 07/13/17 | J | A | |
| 222. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 223. | | | | | Sold (part) | 10/27/17 | J | A | |
| 224. - ARCHER DANIELS MIDLAND | A | Dividend | | | Buy | 01/04/17 | J | | |
| 225. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 226. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 227. | | | | | Sold | 08/10/17 | J | | |
| 228. - BANK AMERICA CORP | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 229. | | | | | Sold (part) | 10/02/17 | J | A | |
| 230. - BCE INC NEW | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 231. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 232. | | | | | Sold (part) | 07/03/17 | J | | |
| 233. | | | | | Sold | 08/10/17 | J | | |
| 234. - CARNIVAL CORP PAIRED CTF | A | Dividend | | | Buy | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. | | | | | Sold (part) | 04/03/17 | J | A | |
| 236. | | | | | Sold (part) | 07/03/17 | J | A | |
| 237. | | | | | Sold | 08/10/17 | J | B | |
| 238.  - CISCO SYSTEMS INC | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 239. | | | | | Sold (part) | 04/03/17 | J | A | |
| 240. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 241. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 242. | | | | | Sold (part) | 10/02/17 | J | A | |
| 243.  - CLOROX COMPANY | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 244. | | | | | Sold (part) | 04/03/17 | J | | |
| 245. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 246. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 247. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 248.  - CRACKER BARREL OLD COUNTRY STORE INC | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 249. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 250. | | | | | Sold (part) | 07/03/17 | J | A | |
| 251. | | | | | Sold | 08/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 252. - DOMINION RESOURCES INC VA NEW | A | Dividend | | | Buy (add'l) | 07/03/17 | J | | |
| 253. | | | | | Sold | 08/10/17 | J | A | |
| 254. - DOW CHEMICAL N/K/A DOWDUPONT INC | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 255. | | | | | Sold (part) | 04/03/17 | J | A | |
| 256. | | | | | Sold (part) | 07/03/17 | J | A | |
| 257. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 258. | | | | | Sold (part) | 10/02/17 | J | A | |
| 259. - ENTERPRISE PRODUCTS PARTNERS LTC PARTNERSHIP | A | Distribution | J | T | Buy | 08/10/17 | J | | |
| 260. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 261. - GENERAL ELECTRIC | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 262. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 263. | | | | | Sold | 07/03/17 | J | | |
| 264. - GLAXOSMITHKLINE PLC SPONSORED ADR | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 265. | | | | | Sold | 04/03/17 | J | | |
| 266. - HASBRO INC | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 267. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 268. - HOME DEPOT | A | Dividend | J | T | Buy | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 269. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 270. - HONEYWELL INTL INC | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 271. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 272. - INTEL CORP | A | Dividend | J | T | Buy | 10/02/17 | J | | |
| 273. - INTL BUSINESS MACHINES CORP | A | Dividend | | | Buy | 04/03/17 | J | | |
| 274. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 275. | | | | | Sold | 08/10/17 | J | | |
| 276. - JPMORGAN CHASE & COMPANY | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 277. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 278. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 279. - JOHNSON & JOHNSON | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 280. | | | | | Sold (part) | 04/03/17 | J | A | |
| 281. | | | | | Sold (part) | 07/03/17 | J | A | |
| 282. | | | | | Sold | 08/10/17 | J | A | |
| 283. - KIMBERLY CLARK CORP | A | Dividend | | | Sold | 01/04/17 | J | | |
| 284. - LOCKHEED MARTIN CORP | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 285. | | | | | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 286. | | | | | Sold (part) | 07/03/17 | J | A | |
| 287. | | | | | Sold | 08/10/17 | J | B | |
| 288. - MAXIM INTEGRATED PRODUCTS INC | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 289. | | | | | Sold (part) | 04/03/17 | J | A | |
| 290. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 291. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 292. | | | | | Sold (part) | 10/02/17 | J | A | |
| 293. - MERCK & COMPANY INC NEW | A | Dividend | J | T | Buy (add'l) | 01/04/17 | J | | |
| 294. | | | | | Sold (part) | 04/03/17 | J | A | |
| 295. | | | | | Sold (part) | 07/03/17 | J | A | |
| 296. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 297. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 298. - METLIFE INC | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 299. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 300. | | | | | Sold (part) | 07/03/17 | J | A | |
| 301. | | | | | Sold (part) | 08/10/17 | J | B | |
| 302. | | | | | Sold | 08/16/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 303. - MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 304. | | | | | Sold (part) | 04/03/17 | J | A | |
| 305. | | | | | Sold (part) | 07/03/17 | J | A | |
| 306. | | | | | Buy (add'l) | 08/10/17 | J | | |
| 307. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 308. - NATIONAL GRID PLC SPONSORED ADR NEW | | None | | | Sold | 01/04/17 | J | | |
| 309. - NUCOR CORP | A | Dividend | | | Sold | 01/04/17 | J | A | |
| 310. - OLLIES BARGAIN OUTLET HOLDINGS INC | | None | J | T | Buy | 08/10/17 | J | | |
| 311. | | | | | Sold (part) | 10/02/17 | J | A | |
| 312. - PAYCHEX INC | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 313. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 314. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 315. | | | | | Sold | 08/10/17 | J | | |
| 316. - RAYMOND JAMES FINANCIAL INC | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 317. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 318. - REALTY INCOME CORP | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 319. | | | | | Sold (part) | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 320. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 321. | | | | | Sold | 08/10/17 | J | | |
| 322.  - SIMON PROPERTY GROUP INC NEW | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 323. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 324. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 325. | | | | | Sold | 08/10/17 | J | | |
| 326.  - SOUTHERN COMPANY | A | Dividend | | | Buy (add'l) | 01/04/17 | J | | |
| 327. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 328. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 329. | | | | | Sold | 08/10/17 | J | | |
| 330.  - TARGET CORP | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 331. | | | | | Sold | 04/03/17 | J | | |
| 332.  - UNITED BANKSHARES INC WV | A | Dividend | | | Sold (part) | 01/04/17 | J | A | |
| 333. | | | | | Buy (add'l) | 04/02/17 | J | | |
| 334. | | | | | Sold | 07/03/17 | J | A | |
| 335.  - UNITED HEALTH GROUP INC | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 336. | | | | | Buy (add'l) | 10/02/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 337.  - VANGUARD MID CAP ETF | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 338. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 339.  - VANGUARD SMALL CAP ETF | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 340. | | | | | Sold (part) | 10/02/17 | J | A | |
| 341.  - VERIZON COMMUNICATIONS INC | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 342. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 343. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 344. | | | | | Sold | 08/10/17 | J | | |
| 345.  - VISA INC | A | Dividend | | | Buy | 08/10/17 | J | | |
| 346. | | | | | Sold | 10/02/17 | J | A | |
| 347.  - XYLEM INC | A | Dividend | J | T | Buy | 08/10/17 | J | | |
| 348. | | | | | Sold (part) | 10/02/17 | J | A | |
| 349. AMERIPRISE STRATEGIC PORTFOLIO SERVICE ADVISOR IRA #2-CASH EQUIVALENTS | | None | J | T | | | | | |
| 350.  - AETNA INC NEW | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 351. | | | | | Sold (part) | 04/03/17 | J | A | |
| 352. | | | | | Sold (part) | 07/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 353. | | | | | Sold (part) | 10/02/17 | J | A | |
| 354. - ALPHABET INC CL A | | None | J | T | Buy | 02/06/17 | J | | |
| 355. | | | | | Sold (part) | 04/03/17 | J | A | |
| 356. | | | | | Sold (part) | 07/03/17 | J | A | |
| 357. - AMGEN INC | A | Dividend | | | Buy | 02/06/17 | J | | |
| 358. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 359. | | | | | Sold | 07/03/17 | K | A | |
| 360. - CENTENE CORP DEL | | None | J | T | Buy | 07/03/17 | J | | |
| 361. | | | | | Sold (part) | 10/02/17 | J | A | |
| 362. - CHINA MOBILE LIMITED SPONSORED ADRS | B | Dividend | K | T | Buy | 02/05/17 | J | | |
| 363. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 364. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 365. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 366. - CHUBB LTD | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 367. | | | | | Sold (part) | 07/03/17 | J | A | |
| 368. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 369. - CISCO SYSTEMS INC | B | Dividend | K | T | Buy | 02/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 370. | | | | | Sold (part) | 04/03/17 | J | A | |
| 371. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 372. | | | | | Sold (part) | 10/02/17 | J | A | |
| 373. - WALT DISNEY CO | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 374. | | | | | Sold (part) | 04/03/17 | J | A | |
| 375. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 376. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 377. - DOWDUPONT INC | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 378. - EXXON MOBILE CORP | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 379. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 380. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 381. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 382. - HOME DEPOT INC | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 383. | | | | | Sold (part) | 04/03/17 | J | A | |
| 384. | | | | | Sold (part) | 07/03/17 | J | A | |
| 385. | | | | | Sold (part) | 10/02/17 | J | A | |
| 386. - HONEYWELL INTL INC | A | Dividend | | | Buy | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 387. | | | | | Sold (part) | 04/03/17 | J | A | |
| 388. | | | | | Sold (part) | 07/03/17 | J | A | |
| 389. | | | | | Sold | 10/02/17 | K | B | |
| 390. - iSHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |
| 391. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 392. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 393. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 394. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 395. - iSHARES iBOXX $INVESTMENT GRADE CORP BOND ETF | B | Dividend | K | T | Sold (part) | 01/18/17 | J | | |
| 396. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 397. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 398. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 399. | | | | | Sold (part) | 10/02/17 | J | | |
| 400. - iSHARES 7-10 YR TREASURY BOND ETF | A | Dividend | J | T | Sold (part) | 01/18/17 | K | | |
| 401. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 402. | | | | | Sold (part) | 04/03/17 | J | | |
| 403. | | | | | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 404. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 405. - iSHARES 1-3 YR TREASURY BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |
| 406. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 407. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 408. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 409. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 410. - iSHARES CORE S&P MID CAP ETF | D | Int./Div. | | | Sold (part) | 01/18/17 | J | A | |
| 411. | | | | | Sold | 02/06/17 | L | D | |
| 412. - iSHARES CORE S&P SMALL CAP ETF | D | Dividend | | | Buy (add'l) | 01/18/17 | J | | |
| 413. | | | | | Sold | 02/06/17 | K | C | |
| 414. - iSHARES INTL SELECT DIVIDEND ETF | | None | | | Sold (part) | 01/18/17 | J | A | |
| 415. | | | | | Sold | 02/06/17 | L | C | |
| 416. - iSHARES MBS ETF | A | Dividend | K | T | Buy | 04/03/17 | K | | |
| 417. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 418. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 419. - iSHARES CORE MSCI EFE ETF | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 420. | | | | | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 421. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 422. | | | | | Sold (part) | 10/02/17 | J | A | |
| 423. - JPMORGAN CHASE & COMPANY | A | Dividend | | | Buy | 02/06/17 | J | | |
| 424. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 425. | | | | | Sold (part) | 07/03/17 | J | A | |
| 426. | | | | | Sold | 10/02/17 | K | B | |
| 427. - KONINKLJKE PHILIPS NV SPONSORED ADR | | None | J | T | Buy | 07/03/17 | J | | |
| 428. | | | | | Sold (part) | 10/02/17 | J | A | |
| 429. - LOCKHED MARTIN GROUP | A | Dividend | | | Buy | 02/06/17 | J | | |
| 430. | | | | | Sold (part) | 04/03/17 | J | A | |
| 431. | | | | | Sold | 07/03/17 | J | B | |
| 432. - MERCK & COMPANY INC NEW | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 433. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 434. - MICROSOFT CORP | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 435. | | | | | Sold (part) | 04/03/17 | J | A | |
| 436. | | | | | Sold (part) | 07/03/17 | J | A | |
| 437. | | | | | Sold (part) | 10/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 35

**Name of Person Reporting**

ADLER, JAN M.

**Date of Report**

04/18/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 438.  - ORACLE CORP | | None | | | Buy | 02/06/17 | J | | |
| 439. | | | | | Sold | 04/03/17 | K | B | |
| 440.  - PEPSICO INC | | None | | | Buy | 02/06/17 | J | | |
| 441. | | | | | Sold (part) | 04/03/17 | J | A | |
| 442. | | | | | Sold (part) | 07/03/17 | J | A | |
| 443. | | | | | Sold | 10/02/17 | J | A | |
| 444.  - POWERSHARES EMERGING MARKET SOVEREIGN DEBT ETF | B | Dividend | K | T | Sold (part) | 01/18/17 | J | | |
| 445. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 446. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 447. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 448. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 449.  - POWERSHARES SENIOR LOAN PORT ETF | A | Dividend | J | T | Buy | 01/18/17 | K | | |
| 450. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 451. | | | | | Sold (part) | 04/03/17 | J | | |
| 452. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 453. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 454.  - RAYMOND JAMES FINANCIAL INC | A | Dividend | K | T | Buy | 04/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 455. | | | | | Sold (part) | 07/03/17 | J | A | |
| 456.  - SCHLUMBERGER LTD | A | Dividend | | | Buy | 02/06/17 | J | | |
| 457. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 458. | | | | | Sold | 07/03/17 | J | | |
| 459.  - SPDR BLOOMBERG BARCLAYS HIGH YIELD BOND ETF | B | Dividend | K | T | Buy | 01/18/17 | J | | |
| 460. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 461. | | | | | Sold (part) | 04/03/17 | J | A | |
| 462. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 463. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 464.  - SCHWAB CHARLES CORP NEW | A | Dividend | K | T | Buy | 10/02/17 | K | | |
| 465.  - SEALED AIR CORP NEW | A | Dividend | K | T | Buy | 02/05/17 | J | | |
| 466. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 467. | | | | | Sold (part) | 07/03/17 | J | | |
| 468. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 469.  - SYMANTEC CORP | A | Dividend | J | T | Buy | 10/02/17 | K | | |
| 470.  - UNILEVER PLC SPONSORED ADR NEW | A | Dividend | J | T | Buy | 02/06/17 | J | | |
| 471. | | | | | Sold (part) | 04/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 472. | | | | | Sold (part) | 07/03/17 | J | A | |
| 473. | | | | | Sold (part) | 10/02/17 | J | A | |
| 474.  - VANGUARD FTSE ALL WORLD EX US SMALL CAP ETF | | None | | | Sold (part) | 01/18/17 | J | A | |
| 475. | | | | | Sold | 02/06/17 | J | A | |
| 476.  - VANGUARD FTSE EMERGING MARKETS ETF | | None | | | Sold (part) | 01/18/17 | J | | |
| 477. | | | | | Sold | 02/06/17 | K | A | |
| 478.  - VANGUARD SHORT TERM CORP BOND ETF | A | Dividend | L | T | Buy (add'l) | 01/18/17 | J | | |
| 479. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 480. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 481. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 482. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 483.  - VANGUARD MID CAP ETF | A | Dividend | K | T | Buy | 02/06/17 | K | | |
| 484. | | | | | Sold (part) | 07/03/17 | J | A | |
| 485.  - VANGUARD SMALL CAP ETF | A | Dividend | K | T | Buy | 02/06/17 | J | | |
| 486. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 487. | | | | | Sold (part) | 07/03/17 | J | A | |
| 488. | | | | | Sold (part) | 10/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 489. - VANGUARD S&P 500 INDEX ETF NEW | | None | | | Buy (add'l) | 01/18/17 | K | | |
| 490. | | | | | Sold | 02/06/17 | M | D | |
| 491. - VISA INC CLASS A | A | Dividend | | | Buy | 02/06/17 | J | | |
| 492. | | | | | Sold (part) | 04/03/17 | J | A | |
| 493. | | | | | Sold | 07/03/17 | K | B | |
| 494. RIVERSOURCE LIFE INSURANCE COL RAVA 5 - COLUMBIA VP | | None | N | T | | | | | |
| 495. RIVERSOURCE RETIREMENT ADVISOR 4 - VP MODERATE CL 4 | | None | M | T | | | | | |
| 496. RIVERSOURCE LIFE PROTECTIONI PLUS UL INSURANCE | | None | M | T | | | | | |
| 497. JP MORGAN CHASE BANK ACCOUNTS | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ADLER, JAN M. | 04/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 1: HEADER FOR INVESTMENTS LINES 2-497 HELD IN TRUST #1.

PART VII, LINES 7 AND 39: TRANSFER FROM AMERIPRISE BROKERAGE ACCOUNT-CASH EQUIVALENTS TO AMERIPRISE ONE FINANCIAL ACCOUNT - CASH EQUIVALENTS.

PART VII, LINES 8 AND 41: TRANSFER FROM AMERIPRISE BROKERAGE ACCOUNT-AMCAP CL A TO ONE FINANCIAL ACCOUNT-AMCAP CL A.

PART VII, .LINES 10 AND 42: TRANSFER FROM AMERIPRISE BROKERAGE ACCOUNT-AMERICAN BALANCED CL A TO AMERIPRISE ONE FINANCIAL ACCOUNT-AMERICAN FUNDS AMERICAN BALANCED CL A.

PART VII, LINES 13 AND 43: TRANFER FROM AMERIPRISE BROKERAGE ACCOUNT-NEW PERSPECTIVE CL A TO AMERIPRISE ONE FINANCIAL ACCOUNT-NEW PERSPECTIVE CL A.

PART VII, LINES 15 AND 44: TRANSFER FROM AMERIPRISE BROKERAGE ACCOUNT-NEW WORLD CL A TO AMERIPRISE ONE FINANCIAL ACCOUNT-NEW WORLD CL A.

PART VII, LINE 20: ON APRIL 20, 2017, EPR PROPERTIES BEN INT PURCHASED CNL LIFESTYLE PROPERTIES INC REIT. IT IS N/K/A EPR PROPERTIES BEN INT.

PART VII, LINES 20 AND 87: TRANSFER FROM AMERIPRISE BROKERAGE ACCOUNT IRA #1 TO AMERIPRISE ACTIVE PORTFOLIO IRA.

PART VII, LINES 134 AND 135, 137 AND 138, 154 AND 155, 162 AND163, WERE SALES OF ENTIRE INVESTMENT HELD AND LATER PURCHASE OF SAME INVESTMENTS.

PART VII, LINE 254: 09/01/18 DOW CHEMICAL MERGED WITH DUPONT INC AND IS N/K/A DOWDUPONT INC.

# FINANCIAL DISCLOSURE REPORT

Page 35 of 35

Name of Person Reporting

ADLER, JAN M.

Date of Report

04/18/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JAN M. ADLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544